UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Crim. No.: 09- 841-01 |
| BEN ADLER | : | ORDER TO SEAL DOCUMENTS AND DOCKET ENTRIES IN THE COURT'S PACER <u>ELECTRONIC ACCESS SYSTEM</u> |

This matter having been opened to the Court on the application of BEN ADLER (A. Ross Pearlson, Esq., appearing), for an order to seal all documents and docket entries on the Court's Case Management/Electronic Case Files/PACER (the "CM/ECF/PACER") System, on the basis that the documents and docket entries contain information regarding cooperation with the United States and may compromise ongoing criminal investigations, and Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony Moscato, Assistant United States Attorney, appearing) having consented to the entry of such order;

AND THE COURT having determined that these documents and docket entries implicate privacy and personal security concerns;

AND THE COURT having determined that, pursuant to the Notice dated October 7, 2004 issued by the United States District Court for the District of New Jersey regarding Public Access to Electronic Criminal Case Files on PACER, which Notice was

1

published in the New Jersey Law Journal on October 18, 2004, case information implicating privacy and personal security concerns may be filed under seal;

IT IS HEREBY ORDERED on this ___13th___ day of November 2009, that the Clerk of Court for the United States District Court for the District of New Jersey (the "Clerk's Office") shall seal all documents related to the entry of defendant BEN ADLER's guilty plea in the above-captioned case, including the Minutes of Plea Hearing, Information, Plea Agreement, Application for Permission to Enter a Plea of Guilty, and all documents related to this matter (the "sealed documents"); and

IT IS FURTHER ORDERED that the Clerk's Office shall not make any docket entries in the CM/ECF/PACER System regarding the sealed documents until further order of this Court; and

IT IS FURTHER ORDERED that this Order and the entry of this Order are sealed until further order of this Court; and

IT IS FURTHER ORDERED that the Clerk's Office shall not make any docket entry pertaining to this Order in the CM/ECF/PACER System until further order of this Court.

SO ORDERED.

_____
HONORABLE FREDA L. WOLFSON
United States District Judge